ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
KIMBERLY J. CHU, ESQ., S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

**IT IS SO ORDERED**

*Jacqueline S. Corley*

Judge Jacqueline Scott Corley

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD YOUNG, | No.  3:11-cv-05154-JSC |
| Plaintiff, | |
| vs. | NOTICE OF PLAINTIFF'S SETTLEMENT |
| HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.), | Trial Date:    October 6, 2014<br>Judge:         Hon. Jacqueline Scott Corley<br>                    Courtroom F, 15th Floor |
| Defendant. | |

Please be advised that plaintiff  RICHARD YOUNG has agreed to resolve his claim against defendant HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.).  The appropriate stipulation regarding dismissal will be filed once the settlement paperwork has been completed.  Accordingly, plaintiff requests that all future hearings and Court deadlines, including the trial date, be vacated.

Dated:   September 2, 2014        BRAYTON❖PURCELL LLP

By: */s/ Kimberly J. Chu*
        Kimberly J. Chu, Esq., S.B. #206817
        Email: kchu@braytonlaw.com
        Tel: (415) 898-1555
        Fax: (415) 898-1247
        Attorneys for Plaintiff

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555